# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN K. DREWS & SHERRI L. DREWS          Case Number: 07-72650
112 BOEING TRAIL                                  SSN-xxx-xx-4883 & xxx-xx-4386
POPLAR GROVE, IL  61065

Case filed on: 10/31/2007
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JOHN H REDFIELD & ASSOICATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | STEVEN K. DREWS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 245,392.14 | 0.00 | 0.00 | 0.00 |
| 002 | FIFTH THIRD BANK | 23,926.91 | 23,926.91 | 0.00 | 0.00 |
| 003 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITIMORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 269,319.05 | 23,926.91 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 2,776.12 | 2,776.12 | 0.00 | 0.00 |
| 006 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 23,416.87 | 23,416.87 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 21,930.31 | 21,930.31 | 0.00 | 0.00 |
| 011 | DFS SERVICES LLC | 12,746.83 | 12,746.83 | 0.00 | 0.00 |
| 012 | DFS SERVICES LLC | 3,676.00 | 3,676.00 | 0.00 | 0.00 |
| 013 | HOME DEPOT / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 64,546.13 | 64,546.13 | 0.00 | 0.00 |
|  | Grand Total: | 333,865.18 | 88,473.04 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan